**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SHIH-YI LI,**

      **Plaintiff,**

v.                                                                                           Case No:   6:19-cv-1249-Orl-31EJK

**ROGER HOLLER CHEVROLET CO.,**
**AUDI NORTH ORLANDO, CLASSIC**
**HONDA, CLASSIC MAZDA, MAZDA**
**LAKELAND, HOLLER HYUNDAI,**
**GENESIS NORTH ORLANDO,**
**DRIVER'S MART WINTER PARK and**
**DRIVER'S MART SANFORD,**

      **Defendants.**
_____/

**ORDER**

This cause comes before the Court upon review of Plaintiff's counsel's Notice of Unavailability (Doc. 48), filed February 26, 2020.

The rules of this Court do not provide for filing notices of conflict or unavailability. Counsel may notify opposing counsel of her unavailability and request that her schedule be accommodated. With respect to deadlines for filing documents with the Court, attending hearings, trials, or otherwise, counsel must file a motion for an extension of time or a continuance, as appropriate. Accordingly, counsel may not rely upon the filing of the Notice as a basis to excuse her appearance before the Court as required or to comply with a deadline established by the Court or governing rules of procedures.

Accordingly, it is **ORDERED** that the Notice of Unavailability (Doc. 48) is **STRICKEN**.

**DONE** and **ORDERED** in Orlando, Florida on March 3, 2020.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record