IN THE UNITED STATS DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:  6:19-cv-1249-Orl-31EJK

SHIH-YI LI,

    Plaintiff(s),

vs.

ROGER HOLLER CHEVROLET CO.
d/b/a HOLLER DRIVER'S MART,

    Defendant(s).
_____/

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that the mediation in the above-captioned matter has been scheduled for:

| | |
|---|---|
| DATE: | April 1, 2021 |
| TIME: | 10:00 a.m. |
| PLACE: | Zoom Video Conference Platform |
| MEDIATOR: | A. Michelle Jernigan |

DATED this  24TH  day of  March , 2021.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on  03/24/2021 , I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

Respectfully submitted,

/s/A. Michelle Jernigan
MICHELLE JERNIGAN, MEDIATOR
Mediator # 647FRA
Upchurch Watson White & Max
1060 Maitland Center Commons, Suite 440
Maitland, FL  32751
407-661-1123 phone / 407-661-5743 facsimile
mjernigan@uww-adr.com