IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| SHIH-YI LI, | ) |
| | ) |
| Plaintiff, | )   Case No.: |
| | )   6:19-cv-1249-Orl-31TBS |
| vs. | ) |
| | ) |
| ROGER HOLLER CHEVROLET CO., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

The undersigned attorney, MELISSA C. MIHOK, current counsel for the Plaintiff, SHIH-YI LI ("Li"), pursuant to Local Rule 2.02, hereby moves to withdraw as counsel for the Plaintiff. In support of the instant motion, the Court is shown as follows:

1. The undersigned and Li have agreed that the undersigned should not continue to represent Li in the above-captioned matter. Written consent from Li is attached hereto as Ex. 1.

2. The undersigned has contacted counsel from the Defendant, who indicated that the Defendant does not object to the withdrawal of the undersigned as counsel for Li as long as no deadlines are extended as a result of the withdrawal.

3. The Defendant previously filed its Motion for Summary Judgment (D.E. 84) and Li, by and through the undersigned, filed a Memorandum in Opposition to the motion. (D.E. 85)

4. The parties participated in mediation on April 1, 2021, and reached an impasse.

Case 6:19-cv-01249-GAP-EJK   Document 86   Filed 04/07/21   Page 2 of 3 PageID 1165

*Li v. Roger Holler Chevrolet Co. et al.*; Case No. 6:19-cv-01249-GAP-EJK; CPLS Matter No. 3573-1
Motion to Withdraw; Page **2** of **3**

5. The trial is currently scheduled for a three day jury trial during the jury trial starting July 6, 2021.  (D.E. 67)

6. Neither party will be prejudiced should the relief requested herein be granted.

7. No deadlines should be affected by granting the undersigned's request to withdraw.  Li may proceed *pro se* or retain alternate counsel.

8. Li's current contact information is as follows: Shih-Yi Li, 5773 Five Flags Blvd., Orlando, FL 32822; 407-870-3324; lisincintl@aol.com.

Memorandum of Law

The Court has broad discretion to manage its caseload and to grant the relief requested herein.  *E.g., School Board of Collier County v. K.C.*, 285 F. 2d 977, 982 (11th Cir. 2002).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the 7th day of April, 2021, I forwarded the foregoing document via email upon: Frank Hamner, Frank Hamner, P.A., 1011 N. Wynmore Rd., Winter Park, FL 32789 (fhamner@fahpa.com) and Sherril Columbo, Miguel Morel, Littler Mendelson, P.C., 333 S.E. 2nd Ave., Ste. 2700, Miami, FL 33131 (scolombo@littler.com, mamorel@littler.com).

*Li v. Roger Holler Chevrolet Co. et al.*; Case No. 6:19-cv-01249-GAP-EJK; CPLS Matter No. 3573-1
Motion to Withdraw; Page **3** of **3**

**CPLS, P.A.**
Attorneys|Consultants|Mediators
201 East Pine Street, Suite 445
Orlando, Florida 32801
(407) 647-7887
(407) 647-5396 Fax
CPLS File No. 3573-1
*Attorneys for Plaintiff*

_____
Melissa C. Mihok, Esq.
Florida Bar No. 555851
mmihok@cplspa.com
courtefiling@cplspa.com