# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**SHIH-YI LI,**

      **Plaintiff,**

**v.**                                                    **Case No: 6:19-cv-1249-GAP-EJK**

**ROGER HOLLER CHEVROLET CO.,**

      **Defendant.**

## ORDER

Before the Court is Defendant's Motion to Compel (the "Motion"), which was filed on July 19, 2022. (Doc. 128.) Plaintiff Shih-Yi Li failed to timely respond to the Motion; therefore, the Court will consider it as unopposed. *See* Local Rule 3.01(c).

On March 29, 2022, the Court ordered Plaintiff to pay Defendant $29,217.25 in attorneys' fees. (Doc. 125.) In the Motion, Defendant states that, on May 10 and May 17, 2022, it served on Plaintiff a Notice of Taking Deposition in Aid of Execution by person and by email, respectively. (Doc. 128 at 2.) The Notice required Plaintiff to appear for a deposition on Wednesday, June 15, 2022, at 10:00 a.m. and to produce the documents requested in the Notice. (*Id.*) Plaintiff both failed to appear at the deposition and failed to produce the requested documents. (*Id.* at 3.) Defendant requests that the Court order Plaintiff to appear for a deposition on August 24, 2022, to produce the documents requested in the Notice, and to award it attorneys' fees and costs.

Upon consideration of the foregoing, the Motion is **GRANTED** as follows:

1. Plaintiff Shih-Yi Li is **ORDERED** to appear for a deposition on Wednesday, August 24, 2022, at 10:00 a.m. at The Law Offices of Frank A. Hamner, P.A., 1011 N. Wymore Road, Winter Park, FL 32792. Plaintiff must bring with him the documents requested in Exhibit A to the May 10, 2022, Notice of Taking Deposition in Aid of Execution. **FAILURE TO APPEAR FOR THE DEPOSITION OR TO PRODUCE THE REQUESTED DOCUMENTS MAY RESULT IN SANCTIONS**.

2. Defendant is granted its reasonable expenses caused by Plaintiff's failure to appear, as well as its reasonable expenses incurred in bringing this Motion. Fed. R. Civ. P. 37(d)(3). The parties are directed to meet and confer as to the amount of the expenses, and if they cannot reach agreement, Defendant must file a motion requesting its reasonable expenses on or before September 2, 2022.

**DONE** and **ORDERED** in Orlando, Florida on August 11, 2022.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE